| | |
|---|---|
| 1 | Christopher A. Carr (# 44444) |
|   |   ccarr@afrct.com |
| 2 | Kenneth A. Franklin (# 143809) |
|   |   kfranklin@afrct.com |
| 3 | ANGLIN, FLEWELLING, RASMUSSEN, |
|   |   CAMPBELL & TRYTTEN LLP |
| 4 | 199 South Los Robles Avenue, Suite 600 |
|   | Pasadena, California 91101-2459 |
| 5 | Telephone:  (626) 535-1900 |
|   | Facsimile:   (626) 577-7764 |

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John R. Graybill and Patricia Goff-Graybill, | CASE NO.: 3:12-CV-05802-LB |
| Plaintiffs, | [The Honorable Laurel Beeler] |
| v. | **JOINT STIPULATION TO TAKE DEFENDANT'S MOTION TO DISMISS OFF CALENDAR AND FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT** : ORDER |
| Wells Fargo Bank, N.A., | |
| Defendant | |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE JUDGE LAUREL BEELER:**

Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB ("Wells Fargo") and plaintiffs John R. Graybill and Patricia Goff-Graybill, through their respective counsel, hereby stipulate that the motion to dismiss is withdrawn because plaintiffs will be filing an amended complaint.

### RECITALS

1.  WHEREAS, on July 20, 2012, Plaintiffs filed the complaint;

2.  WHEREAS, on November 2, 2012, Plaintiffs filed the first amended complaint;

3. WHEREAS, on November 9, 2012, Wells Fargo filed the notice of removal;

4. WHEREAS, on November 15, 2012, Wells Fargo filed the motion to dismiss;

5. WHEREAS, this stipulation waives no rights of either party.

**STIPULATION**

1. The motion to dismiss filed by Wells Fargo is withdrawn;

2. Plaintiffs shall file a second amended complaint on or before January 7, 2013; and

3. Wells Fargo shall respond to plaintiffs' second amended complaint on or before January 22, 2013.

**IT IS SO STIPULATED.**

Date: December 18, 2012

APPROVED
Judge Laurel Beeler

Dated: December 13, 2012                ANGLIN, FLEWELLING, RASMUSSEN, CAMPBELL & TRYTTEN LLP

By:  /s/ Kenneth A. Franklin
Kenneth A. Franklin
kfranklin@afrct.com
Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo")

Dated: December 14, 2012                Edward J. LaBarre

/s/ Edward J. LaBarre
Edward J. LaBarre
Counsel for Plaintiffs John R. Graybill and Patricia Goff-Graybill

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Kenneth A. Franklin attest that concurrence in the filing of this document has been obtained from each signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day of December 13, 2012.

By:  */s/ Kenneth A. Franklin*