Christopher A. Carr (# 44444)
 ccarr@afrct.com
Kenneth A. Franklin (# 143809)
 kfranklin@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
 CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California 91101-2459
Telephone:  (626) 535-1900
Facsimile:   (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor
by merger with Wells Fargo Bank
Southwest, N.A., f/k/a Wachovia Mortgage,
FSB, f/k/a World Savings Bank, FSB
("Wells Fargo")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John R. Graybill and Patricia Goff-Graybill,<br><br>Plaintiffs,<br><br>v.<br><br>Wells Fargo Bank, N.A.,<br><br>Defendant | CASE NO.: 3:12-CV-05802-LB<br><br>[The Honorable Laurel Beeler]<br><br>**JOINT STIPULATION TO TAKE DEFENDANT'S MOTION TO DISMISS OFF CALENDAR  AND  FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT** : ORDER |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND THE HONORABLE**

**JUDGE LAUREL BEELER:**

Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB ("Wells Fargo") and plaintiffs John R. Graybill and Patricia Goff-Graybill, through their respective counsel, hereby stipulate that the motion to dismiss is withdrawn because plaintiffs will be filing an amended complaint.

**RECITALS**

1. WHEREAS, on July 20, 2012, Plaintiffs filed the complaint;

2. WHEREAS, on November 2, 2012, Plaintiffs filed the first amended complaint;

3.   WHEREAS, on November 9, 2012, Wells Fargo filed the notice of removal;

4.   WHEREAS, on November 15, 2012, Wells Fargo filed the motion to dismiss;

5.   WHEREAS, this stipulation waives no rights of either party.

## **STIPULATION**

1. The motion to dismiss filed by Wells Fargo is withdrawn;

2. Plaintiffs shall file a second amended complaint on or before January 7, 2013; and

3. Wells Fargo shall respond to plaintiffs' second amended complaint on or before January 22, 2013.

**IT IS SO STIPULATED.**

Date: December 18, 2012

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Dated:  December 13, 2012         ANGLIN, FLEWELLING, RASMUSSEN,
                                   CAMPBELL & TRYTTEN LLP

                                   By:   /s/ Kenneth A. Franklin
                                         Kenneth A. Franklin
                                         kfranklin@afrct.com
                                   Attorneys for Defendant
                                   WELLS FARGO BANK, N.A., successor by
                                   merger with Wells Fargo Bank Southwest, N.A.,
                                   f/k/a Wachovia Mortgage, FSB, f/k/a World
                                   Savings Bank, FSB ("Wells Fargo")

Dated:  December 14, 2012         Edward J. LaBarre

                                   /s/ Edward J. LaBarre
                                   Edward J. LaBarre
                                   Counsel for Plaintiffs John R. Graybill and
                                   Patricia Goff-Graybill

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Kenneth A. Franklin attest that concurrence in the filing of this document has been obtained from each signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this day of December 13, 2012.

By:   */s/ Kenneth A. Franklin*